**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00126-CV**
_____

**TEXIENNE ONCOLOGY CENTERS, PLLC F/K/A HOUSTON PHYSICIANS MEDICAL ASSOCIATION, Appellant**

**V.**

**COVIDIEN, LP, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-08-10558-CV**

## ORDER

Texienne Oncology Centers, PLLC f/k/a Houston Physicians Medical Association, appellant, and Covidien, LP, appellee, filed an agreed motion to abate the appeal. They inform the Court that a separate bill of review proceeding may impact the necessity for continued prosecution of this appeal.

1

We grant the motion and abate the appeal until Friday, July 19, 2019. *See* Tex. R. App. P. 42.1(a)(2)(C). The appeal will be reinstated on Monday, July 22, 2019, without further Order of this Court unless the appellant files a motion to dismiss the appeal or the parties file a joint status report and request an extension of the abatement.

ORDER ENTERED May 20, 2019.

PER CURIAM

Before McKeithen, C.J., Kreger, and Johnson, JJ.